UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22338-CIV-Ungaro


CHERYL FRANCO, an individual,

     Plaintiff,

v.

KENT POWER, INC., a Michigan corporation,
KENT UTILITIES, LLC, a Michigan limited
Liability company, RANDY BARYLUK, an
individual, and RICHARD J. KENT, an
individual,

     Defendants.

_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF FRANK HARRIS COLE, JR., ESQUIRE SEEKING LIMITED APPEARANCE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Frank Harris Cole, Jr., Esquire and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Frank Harris Cole, Jr., Esquire in this matter and request to electronically receive notice of electronic filings.  This Court, having considered the motion and all other relevant factors, it is hereby

     ORDERED and ADJUDGED that:

     The Motion for Limited Appearance, Consent to Designation and Request to

Electronically Receive Notices of Electronic Filings is GRANTED. Frank Harris Cole, Jr., Esquire is granted to appear and participate in this action on behalf of Defendants, Kent Power, Inc. and Kent Utilities, LLC. The Clerk shall provide electronic notification of all electronic filings to Frank Harris Cole, Jr., Esquire at fcole@colestone.com.

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of November 2007 .

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record